01CR304 PAM/SRN

RECEIVED
BY MAIL
JUN 29 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Name: Rachel Jean Sam
Reg. No. 10119-041 /Unit D
5701 8th Street, Camp Parks
Dublin, CA 94568

IN THE District COURT

FOR THE STATE OF Minnesota

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE,<br><br>Petitioner,<br><br>and<br><br>Rachel Jean Sam,<br><br>Defendant/Respondent | ) | Case No.: 01063456<br><br>**MOTION FOR SPEEDY TRIAL OR SPEEDY DISPOSITION OF WARRANT(S) INFORMATIO DETAINER, OR INDICTMENT** |

**COMES NOW** Rachel Jean Sam, Defendant/Respondent before this Court in the above-captioned case. I have been informed and understand that I have an outstanding warrant, information or complaint issued from your jurisdiction. Pursuant to the Speedy Trial Statute RCP 30.02 in your state and the state constitution Art1§6, I am requesting a speedy disposition of the above case. The information I have is: I have a detainer, when this case was already heard in 2002 and I was sentenced to probation that ran concurrent with my federal sentence.

I am presently incarcerated at the Federal Correctional Institution, 5701 8th Street, Camp Parks, Dublin, CA 94568. Enclosed is a true and correct copy of my sentencing computation issued by the said institution. I was sentenced on the 31st day of July, 2002. I received 80 month's incarceration, followed by 4 years of supervised release. I was sentenced in the United States District Court for the District of Minnesota. The current expiration date of my sentence is February 20, 2008.

§1381.5

SCANNED
JUN 29 2005
U.S. DISTRICT COURT MPLS

The outstanding charges pending from your jurisdiction are adversely affecting the conditions of my incarceration. I hereby demand a speedy trial and or disposition on any and all criminal actions pending in your jurisdiction, and in the alternative, a dismissal of charges.

Respectfully submitted under the mandate of **HAINES V KERNER**, **404 U.S. 519**, "Allegations of pro se complaint are held to less stringent standards than those formal pleadings drafted by lawyers. . ."

6-19-05
Date

Signature of Pro Se

## CERTIFICATE OF SERVICE

I Certify that the following document, "Motion for Speedy Trial", was placed in the Institution mailbox, first-class mail, postage pre-paid and sent to the individual(s) listed below, on the date listed below.

6-19-05
Date

Signature of Pro Se

DISTRICT ATTORNEY OFFICE
110 S 4th St. Rm.514
Mpls, MN
55401

MUNICIPAL/SUPERIOR COURT
110 S. 4th St.Rm. 514
Mpls, MN
55401

§1381.5