CR 01-304 PAM/SRN

DUB08 540*23 * SENTENCE MONITORING * 06-10-2005
PAGE 001 * COMPUTATION DATA * 16:10:29
AS OF 06-10-2005

REGNO..: 10119-041 NAME: SAM, RACHEL JEAN

FBI NO...........: 323678TB6 DATE OF BIRTH: 07-21-1981
ARS1.............: DUB/A-DES
UNIT.............: D QUARTERS.....: D01-182L
DETAINERS........: YES NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-20-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 02-20-2008 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: CRIM. 01-304(1) PAM
JUDGE...........................: MAGNUSON
DATE SENTENCED/PROBATION IMPOSED: 08-29-2002
DATE COMMITTED..................: 09-27-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 391
OFF/CHG: T 21 USC 841/846 CONSP TO DIST COCAINE BASE (CRACK)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 80 MONTHS
TERM OF SUPERVISION............: 4 YEARS
DATE OF OFFENSE................: 10-03-2001

G0002 MORE PAGES TO FOLLOW . . .

SCANNED
JUN 29 2005
U.S. DISTRICT COURT MPLS

DUB08 540*23 * SENTENCE MONITORING * 06-10-2005
PAGE 002 * COMPUTATION DATA * 16:10:29
AS OF 06-10-2005

REGNO..: 10119-041 NAME: SAM, RACHEL JEAN

---------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-30-2004 AT DUB AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-29-2002
TOTAL TERM IN EFFECT............: 80 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 6 YEARS 8 MONTHS
EARLIEST DATE OF OFFENSE........: 10-03-2001

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 10-03-2001 | 10-25-2001 |
| | 12-30-2001 | 04-23-2002 |
| | 07-31-2002 | 08-28-2002 |

TOTAL PRIOR CREDIT TIME.........: 167
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 266
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-20-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-12-2008

PROJECTED SATISFACTION DATE.....: 02-20-2008
PROJECTED SATISFACTION METHOD...: GCT REL

G0002 MORE PAGES TO FOLLOW . . .

DUB08 540*23 * SENTENCE MONITORING * 06-10-2005
PAGE 003 OF 003 * COMPUTATION DATA * 16:10:29
AS OF 06-10-2005

REGNO..: 10119-041 NAME: SAM, RACHEL JEAN

------------------------------ CURRENT DETAINERS: ------------------------------

DETAINER NO..: 001
DATE LODGED..: 10-03-2002
JURISDICTION.: STATE OF MINNESOTA
AUTHORITY....: HENNEPIN CO SHERIFF DEPT (MINNESOTA)
CHARGES......: FLEEING A POLICE OFFICER.

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE