**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S.Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-304 PAM |
| | ) | Date: January 30, 2008 |
| Rachel Jean Sam, | ) | Court Reporter: None |
| | ) | Tape Number: #189 3349-3727 |
| Defendant. | ) | Time Commenced: 11:15 a.m. |
| | | Time Concluded: 11:30 a.m. |
| | | Time in Court: 15 Minutes |

## APPEARANCES:

**Plaintiff:** David Steinkamp
Assistant U.S. Attorney

**Defendant:** Doug Olson
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter: NA // English

Date Charges Filed: January 16, 2008 Offense: Whereabouts unknown. Defendant didn't attend treatment

☒Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is: ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☐ Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.

Next appearance date is February 4, 2008 at 9:00 a.m. before U.S. Magistrate Judge Franklin L. Noel for:

☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐removal hrg ☒ preliminary revocation

Additional Information:
**Final Revocation: Tues. Feb. 12, 2008 at 3:00 p.m. , Courtroom 14E**
**before Judge Paul A. Magnuson**

s/Joan Flood
Criminal Duty Clerk