**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Rachel Jean Sam (01),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Franklin L. Noel<br>U.S. Magistrate Judge<br><br>Case No: CR 01-304 PAM<br>Date: February 4, 2008<br>Court Reporter: Carla Bebault<br>Tape Number: None<br>Time Commenced: 9:00 a.m.<br>Time Concluded: 9:10 a.m.<br>Time in Court: 10 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**

☒ **PRELIMINARY REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
2 Minutes/8 Minutes

APPEARANCES:

**Plaintiff**: John Marti
Assistant U.S. Attorney

**Defendant:** Doug Olson
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter//Language: NA/English

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence

☒ Deft bound over to District Court of Minnesota for Final Revocation hearing.

Additional Information:
**Preliminary Hearing waived. Final Revocation hearing before Judge Paul A. Magnuson on February 12, 2008, at 3:00 p.m. in Courtroom 14E, Minneapolis Courthouse**

s/Joan Flood
Criminal Duty Clerk