UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-304 (PAM/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL JEAN SAM,<br><br>Defendant. | **ORDER OF DETENTION** |

This matter came before the Court on February 4, 2008, for preliminary hearing and upon the motion of the United States for an Order of Detention. The defendant was present and represented by her attorney Douglas Olson. The United States was represented by Assistant United States Attorney John R. Marti.

Defendant Rachel Jean Sam is charged by Petition with violation of conditions of supervised release. A preliminary hearing was held on February 4, 2008, at which time the Court concluded that probable cause exists to believe the defendant violated the conditions of her supervised release.

Based upon the evidence presented at the detention hearing, and on the arguments of counsel, the Court concludes by a preponderance of the evidence that there are no conditions or combination of conditions of bond that will reasonably ensure the defendant's appearance in court. Accordingly, the Court will grant the government's motion for detention.

## FINDINGS OF FACT

The defendant failed to report to her probation officer since November 7, 2007, and failed to participate in drug and alcohol treatment. She has not been employed or sought employment, she failed to notify her probation officer of changes in residence, and she has not established a settled residence. She was previously convicted of conspiracy to distribute and possess with intent to distribute approximately 90 grams of cocaine base.

## DISCUSSION

Under 18 U.S.C. § 3142, pretrial detention may be ordered either upon a clear and convincing showing that release will result in a danger to the community or upon a showing by a preponderance of the evidence that release will result in a serious risk of flight. United States v. Abad, 350 F.3d 793, 797 (8th Cir. 2003); United States v. Sazenski, 806 F.2d 846, 848 (8th Cir. 1986). The Court finds that detention is justified because the defendant is a flight risk.

The Court concludes that detention is warranted. The preliminary hearing established probable cause to believe that the defendant has not been reporting to her probation officer since November 2007, has not sought or obtained employment, and does not have an established residence. Given these circumstances, the risk of flight by the defendant is great.

**CONCLUSION**

Based upon the evidence presented, the Court concludes that the government has shown by a preponderance of the evidence that no condition or combination of conditions of bond will reasonably ensure the defendant's appearance in court. Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

3. Defendant shall be afforded reasonable opportunity to consult privately with her lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver her to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: February 5, 2008

s/ *Franklin L. Noel*
THE HONORABLE FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE