A0 442 (Rev. 5/93) Warrant for Arrest

FEB 05 2008

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## District of Minnesota

2008 JAN 16 A 10: 44

[redacted]

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL

## WARRANT FOR ARREST

V.

0841-0116-0460-D

CASE NUMBER: **CR 01-304 (1) PAM/SRN**

Rachel Jean Sam

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Rachel Jean Sam

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Petition and Order on Violation of Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge.

Leah E. Gilgenbach

(By) Leah E. Gilgenbach, Deputy Clerk

January 16, 2008 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

________________________ ________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON: 1-29-08
ARREST BY: USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
FEB 8 2008
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 5/17/07