**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Rachel Jean Sam,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Paul A. Magnuson
U.S. District Judge

Case No: Criminal 01-304 PAM
Date: February 12, 2008
Court Reporter: Jeanne Anderson
Tape Number:
Time Commenced: 3:00 pm
Time Concluded: 3:30 pm
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: John Marti, Assistant U.S. Attorney
Defendant: Douglas Olson ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☐ **Revocation of Supervised Release - Final Hearing.** ☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☒ Supervised Release to continue upon release from the residential re-entry center with addt'l conditions
☒ Defendant is sentenced to: at least 60 days and up to 120 days in Bethal Work Release Program residential re-entry center in Duluth, Minnesota.
☒ Written order to be issued.

s/Suzanne M. Ruiz
Calendar Clerk