UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff

vs

ORDER
Criminal 01-304 PAM/SRN

Rachel Jean Sam,

Defendant.

---

Defendant's Supervised Release Term is modified to include:

The defendant shall reside for a period of at least 60 days and up to 120 days in Bethal Work Release Program residential re-entry center in Duluth, Minnesota, as approved by the probation officer and shall observe the rules of that facility. the defendant shall have work release and treatment privileges if eligible. The U.S. Marshal shall transport the defendant to the RRC, unless arrangements are made by defendant's counsel for private transportation.

The Court imposes the additional condition to supervised release term: If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

Upon release from the facility, defendant will complete the term of supervised release with all terms and conditions previously set.

Dated: February 12, 2008

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court