PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Rachel Jean Sam**

**Docket No. 0:01CR00304-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rachel Jean Sam** who was sentenced for Conspiracy to Distribute and Possession with Intent to Distribute Approximately 90 Grams of Cocaine Base on August 29, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for substance abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On April 17, 2008, the defendant submitted to a drug test which proved positive for cocaine and admitted to usage.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on May 2, 2008, at 1:30 p.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 28th day of April, 2008, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Matthew T. Whiting
Senior U.S. Probation Officer
Telephone: 218-529-3550
Executed on April 23, 2008
Place Duluth

SCANNED
APR 28 2008
U.S. DISTRICT COURT ST. PAUL

cc: U.S. Attorney's Office
Federal Defender's Office