**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No 01-304 (2) (PAM)

Plaintiff,

v. **ORDER APPOINTING COUNSEL**

Rachel Jean Sam,

Defendant.

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Friday, May 2, 2008 @ 1:30 p.m. Courtroom #1, 4th Floor, 515 West First Street, Duluth, Minnesota before the Honorable Paul A. Magnuson.

Dated: April 28 , 2008

Paul A. Magnuson
PAUL A. MAGNUSON, JUDGE
United States District Court

SCANNED
APR 28 2008
U.S. DISTRICT COURT ST. PAUL