PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Rachel Jean Sam**

**Docket No. 0:01CR00304-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Matthew T. Whiting**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rachel Jean Sam** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base on August 29, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory drug testing
- Abstain from alcohol
- Drug aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 17, 2008, Ms. Sam tested positive for use of cocaine and she admitted to the usage.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service to be completed within three months.

ORDER OF THE COURT

Considered and ordered this 15th day of May, 2008, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Matthew T. Whiting
Senior U.S. Probation Officer
Telephone: 218-529-3550

Executed on May 14, 2008
Place Duluth

c: United States Sentencing Commission

SCANNED
MAY 19 2008
U.S. DISTRICT COURT ST. PAUL